UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| ZADA ORELIA LAVERGNE | CASE NO. 2:22-CV-01436 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| COMMISSIONER OF SOCIAL SECURITY ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Doc. 27) of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the final decision of the Commissioner is **AFFIRMED** and LaVergne's appeal is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in chambers this 6th day of December, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE